**Curtis STENNIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35951.**

Missouri Court of Appeals,
Western District.

Feb. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 2, 1985.

Application to Transfer Denied April 30, 1985.

Holly G. Simons, Columbia, for appellant.

John Ashcroft, Atty. Gen., Mark A. Richardson, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of fourth Rule 27.26 motion. Judgment affirmed. Rule 84.-16(b).